# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-4026

_____

| | | |
|---|---|---|
| Willie J. Stevenson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Brod-Dugan Paint and Wallcoverings; | * | Eastern District of Missouri. |
| Robert Brod; Jack Bergen; Sam | * | |
| Sockolowski; Dwaynn Patterson; | * | **[UNPUBLISHED]** |
| Local 604, International Brotherhood | * | |
| of Painters and Allied Trades, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: May 29, 1998
Filed: June 2, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Willie J. Stevenson appeals from the district court's[1] adverse rulings and dismissal of his employment discrimination complaint. After careful review of the

_____

[1]The HONORABLE STEPHEN N. LIMBAUGH, United States District Judge for the Eastern District of Missouri.

record and the parties' briefs, we reject as meritless Stevenson's challenges to the district court's rulings on discovery, recusal, and appointment of counsel; and we affirm the dismissal of Stevenson's claims against all of the appellees for the reasons stated by the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.